UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Tonjion Scarbrough Johnson | } | **Case No: 18-02341-DSC13** |
| SSN: XXX-XX-7728 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

**ORDER GRANTING**

This matter came before the Court on Tuesday, August 31, 2021 10:00 AM, for a hearing on the following:

    RE: Doc #49; Amended Motion for Relief from Co-Debtor Stay Filed by Larry Darby,
    Attorney for Friedman Real Estate OBO Chateau Glen Oaks, LLC

Proper notice of the hearing was given and appearances were made by the following:
    Jonathan Riley, attorney for Friedman Real Estate OBO Chateau Glen Oaks, LLC
    Grafton Weinacker, attorney for Tonjion Scarbrough Johnson (Debtor)
    Mary Frances Fallaw, staff attorney for the Chapter 13 Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

    Based on the filings, and for the reasons set forth on the record during the hearing, the Amended Motion for Relief from Co-Debtor Stay is granted.

Dated: 09/01/2021                            /s/ D. SIMS CRAWFORD
                                                                   D. SIMS CRAWFORD
                                                                   United States Bankruptcy Judge