United States Bankruptcy Court
Northern District of Alabama

In re:  Case No. 18-02341-DSC
Tonjion Scarbrough Johnson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-2  User: admin  Page 1 of 2
Date Rcvd: Sep 01, 2021  Form ID: pdfsty  Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tonjion Scarbrough Johnson, 612 39th Place, Fairfield, AL 35064-2301 |
| cr | + | Friedman Real Estate OBO Chateau Glen Oaks, LLC, C/O Darby Law Firm, LLC, PO Box 3905, Montgomery, AL 36109-0905 |
| intp | + | Stanley Corderal Scarbrough, 608 39th Place, Fairfield, AL 35064-2301 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 02 2021 03:18:30 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradford W. Caraway | ctmail@ch13bham.com  bhamch13@ecf.epiqsystems.com |
| Larry Darby | on behalf of Creditor Friedman Real Estate OBO Chateau Glen Oaks  LLC darbylawfirm@yahoo.com |
| Robert D. Reese | |

on behalf of Debtor Tonjion Scarbrough Johnson
pn.igotnotices@gmail.com;bbrs.sort@gmail.com;bbrs.igotnotices@gmail.com;bbrs.sort2@gmail.com;aw.igotnotices@gmail.com;bbrssort4@gmail.com;R62238@notify.bestcase.com

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Tonjion Scarbrough Johnson } | **Case No: 18-02341-DSC13** |
| SSN: XXX-XX-7728 } | |
| DEBTOR(S). } | |
| } | |
| } | |

## ORDER GRANTING

This matter came before the Court on Tuesday, August 31, 2021 10:00 AM, for a hearing on the following:

    RE: Doc #49; Amended Motion for Relief from Co-Debtor Stay Filed by Larry Darby,
    Attorney for Friedman Real Estate OBO Chateau Glen Oaks, LLC

Proper notice of the hearing was given and appearances were made by the following:
    Jonathan Riley, attorney for Friedman Real Estate OBO Chateau Glen Oaks, LLC
    Grafton Weinacker, attorney for Tonjion Scarbrough Johnson  (Debtor)
    Mary Frances Fallaw, staff attorney for the Chapter 13 Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

    Based on the filings, and for the reasons set forth on the record during the hearing, the Amended Motion for Relief from Co-Debtor Stay is granted.

Dated: 09/01/2021

                                            /s/ D. SIMS CRAWFORD
                                            D. SIMS CRAWFORD
                                            United States Bankruptcy Judge